UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LASHAWNA D. WHITE

CRIMINAL ACTION

NO. 10-135-BAJ-DLD

**ORDER**

Before the Court is a Motion to Reconsider Sentencing (doc. 21), filed on behalf of Lashawna White, the defendant in the above-captioned matter. On October 7, 2010, the defendant entered a plea of guilty to both of the two counts of a bill of information (doc. 1) charging the defendant with conspiracy to commit access device fraud in violation of 18 U.S.C. § 371, and making false claims in violation of 18 U.S.C. § 287 and 2. On February 10, 2011, the defendant was sentenced to a term of imprisonment of 18 months to be served concurrently as to both counts, three years of supervised release to run concurrently as to both counts, and a special assessment in the amount of $200. The defendant was ordered to pay restitution in the amount of $10,344. (doc. 19)

In the Motion to Reconsider Sentencing, the defendant asserts that the charges to which she pleaded guilty are not crimes of violence, and therefore asks the Court to convert the 18-month term of imprisonment to 18 months of home incarceration. The defendant further asks for the opportunity to provide the Court "greater clarity regarding some of the key factual information upon which this Court

has relied in fashioning its sentence."

The Court considered all of the relevant facts and circumstances in imposing a sentence in this matter. The Court issued an order (doc. 12) continuing the original sentencing date to allow defense counsel additional time to review the Pre-Sentence Investigation Report (PSR). Subsequently, counsel for the defendant filed written objections to the PSR. The Court heard extensive oral argument as to these objections prior to imposing a sentence.

A district court's authority to correct or modify a sentence is limited to the specific circumstances enumerated in 18 U.S.C. § 3582(b). *U.S. v. Bridges*, 116 F.3d. 1110, 1112 (5th Cir. 1997). 18 U.S.C. § 3582(b) authorizes a district court to modify a previously imposed sentence: (1) when the court receives a motion from the Director of the Bureau of Prisons indicating there are extraordinary and compelling reasons warranting a reduction and that reduction is consistent with applicable policy statements issued by the Sentencing Commission; (2) pursuant to Rule 35(c) of the Federal Rules of Criminal Procedure the district court, acting within 7 days after the imposition of sentence, corrects an arithmetical, technical, or other clear error identified in a previously imposed sentence; and (3) when a defendant who has been sentenced to a term of imprisonment based upon a sentencing range that has subsequently been lowered by the Sentencing Commission. The Court finds that none of the circumstances enumerated in 18 U.S.C. § 3582(b) are applicable. Therefore, the court finds that a basis does not

exist for modifying or converting the sentence which has been imposed in this case.

Accordingly, defendant's Motion to Reconsider Sentence (doc. 21) is hereby DENIED.

Baton Rouge, Louisiana, March 14, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA